UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>    Plaintiff,<br><br>  v.<br><br>Millennium Acquisitions, LLC, a California Limited Liability Company; Shiralian Enterprises, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 1:14-CV-00543-LJO-SAB<br><br>ORDER FOR **DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1** |

## **ORDER**

Based upon the Stipulation of all parties and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **October 2, 2014**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE